IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PATRICK J. RHODES, JR.** )<br>)<br>*Plaintiff* )<br>)<br>)<br>v. )<br>**JOHN D WIMSATT** )<br>)<br>*Defendant* ) | Case 1:11-cv-*##*1994<br><br>Judge: Rosemary M. Collyer |

## MOTION TO DISMISS COMPLAINT FOR LACK OF VENUE

COMES NOW the Defendant, John D. Wimsatt, *pro se*, and moves this Court to dismiss the Complaint pursuant to Rule 12(b)(3), Federal Rules of Civil Procedure for lack of venue under 28 USC § 1391 (a)(1).

1. As shown on the Affidavit of Service filed by Plaintiff in this case, Defendant was served with process at his home in <u>Maryland</u> at 18002 Mill Creek Drive Derwood MD 20855.

2. The affidavit of Defendant attached hereto shows that Defendant has resided at this address continuously since October, 2010.

3. Paragraph 4 of the Complaint claims venue based solely on the mistaken allegation that Defendant resides in the District of Columbia stating:

> "Venue is proper in this Court pursuant to 28 U.S.C. § 1391 (a) as the Defendant resides in this District."

4. Defendant does <u>not</u> reside in this District as proved both by Defendant's Affidavit and admitted by Plaintiff's own Affidavit of Service.



RECEIVED
DEC 3 0 2011
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

1

RESPECTFULLY SUBMITTED,

*/s/ John D. Wimsatt*

John D. Wimsatt, pro se
18002 Mill Creek Dr.
Derwood MD  20855
(301) 926 7869
jackwimsatt@starpower.net

## STATEMENT OF POINTS AND AUTHORITIES

Rule 12(b)(3) Federal Rules of Civil Procedure.

28 USC § 1391 (a)(1).

*/s/ John D. Wimsatt*

John D. Wimsatt

## CERTIFICATE OF SERVICE

     I hereby certify that I have served a copy of the foregoing Motion, together with supporting affidavit and proposed Order on counsel for Plaintiff by mailing a copy thereof on December 30, 2011 by first class mail, postage prepaid to:

Kerry C. Raymon Esquire
Tamara B. Goorevitz, Esquire
Franklin & Prokopik
The B&O Building
Two N. Charles St., Suite 600
Baltimore MD  21201

*/s/ John D. Wimsatt*

John D. Wimsatt

2

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**PATRICK J. RHODES, JR.**    )
                              )
   *Plaintiff*                )
                              )   Case 1:11-cv-011994
                              )
   v.                         )   Judge: Rosemary M. Collyer
**JOHN D WIMSATT**            )
                              )
   *Defendant*                )

## AFFIDAVIT OF DEFENDANT JOHN D. WIMSATT
## IN SUPPORT OF MOTION TO DISMISS

DISTRICT OF COLUMBIA            ) ss:

John D. Wimsatt, being first duly sworn, deposes and says:

1. That he is the defendant in this case.

2. That he is not a resident of the District of Columbia and that he resides at 18002 Mill Creek Dr., Derwood, MD 20855 and has continuously resided there since October 2010.

*John D. Wimsatt*
John D. Wimsatt

Subscribed and sworn to before me, a Notary Public in and for the District of Columbia this 30th day of December 2011.

*Chandller V. Hottel*
Notary Public

My Commission Expires 02-17-2012





EXHIBIT Ex A