IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| PATRICK J. RHODES, JR. | ) |
| *Plaintiff* | ) ) ) |
| | ) Case 8:12-cv-00785-JFM |
| | ) ) |
| v. | ) |
| JOHN D WIMSATT | ) ) |
| | ) |
| *Defendant* | ) |

## MOTION TO TRANSFER CASE TO THE EASTERN DISTRICT OF VIRGINIA

COMES NOW the Defendant, John D. Wimsatt, *pro se*, and his Motion to Transfer this Case to the Eastern District of Virginia, as follows:

1. Plaintiff filed his Complaint (Case:1:11-cv-01994) on 11/9/11 in the United States District Court for the District of Columbia, mistakenly claiming that Defendant resides in DC. The Complaint was served on 12/11/11. Defendant filed his Motion to Dismiss for Lack of Venue on 12/30/11. Neither of the parties nor any of the witnesses that might testify in this case reside in DC. As Plaintiff well knows, Defendant moved to his mother's house in Maryland when he separated from his wife on 10/1/10. Plaintiff is Defendant's cousin.

2. Recognizing their error, Plaintiff and his counsel filed on 1/23/12 a Motion to Transfer this case via a Sur-Reply which purports to accomodate Defendant's request for a transfer to Maryland, a venue Defendant never requested. Also, Plaintiff never sought Defendant's consent to move the case to Maryland. As Plaintiff well knows, Defendant's mother died on 11/25/11 and that Defendant had to vacate her house and had to move elsewhere. Also, as pointed out in Defendant's Opposition filed 1/31/12, " Maryland is not the obvious choice. The Plaintiff resides in Virginia as shown by his address on the Complaint. Events took place in Virginia as stated in the Affidavit of John D. Wimsatt supporting Defendant's Motion to Dismiss and there are probably more witnesses in Virginia than any other jurisdiction." In fact, Defendant has now leased an apartment at 2707 Curzon Court, Vienna VA 22181. As such, both of the parties and all witnesses that might be called to testify in this case are

in Virginia and that's where this case should have been transferred to in the first place.

RESPECTFULLY SUBMITTED,

*[signature: John D Wimsatt]*

John D. Wimsatt, pro se
2707 Curzon Court
Vienna, VA 22181
(202)-368-0203 ( cellphone)
jackwimsatt@gmail.com

## STATEMENT OF POINTS AND AUTHORITIES

28 USC & 1404 (a).

*[signature: John D Wimsatt]*

John D. Wimsatt

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the Motion to Transfer on counsel for Plaintiff by mailing a copy thereof on March ___, 2012 by first class mail, postage prepaid to:

Kerry C. Raymon Esquire
Tamara B. Goorevitz, Esquire
Franklin & Prokopik
The B&O Building
Two N. Charles St., Suite 600
Baltimore MD  21201

*[signature: John D Wimsatt]*

John D. Wimsatt

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

PATRICK J. RHODES, JR.           )
                                 )
    Plaintiff                    )
                                 )
                                 )   Case 8:12-cv-00785-JFM
                                 )
v.                               )
                                 )
JOHN D WIMSATT                   )
                                 )
    Defendant                    )

**ORDER OF TRANSFER TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA**

Having read and considered Defendant's Motion to Transfer this action to the Eastern District of Virginia, and any response thereto, and finding the convenience of the parties, witnesses and the interests of justice support the transfer of this action to the United States District Court for the Eastern District of Virginia, it is

**ORDERED,** that this action shall be transferred to the United States District Court for the Eastern District of Virginia.

                                                                   _____
                                                                        Judge

cc:
Kerry C. Raymon Esquire
Tamara B. Goorevitz, Esquire
Franklin & Prokopik
The B&O Building
Two N. Charles St., Suite 600
Baltimore, MD 21201

John D. Wimsatt
2707 Curzon Court
Vienna, VA 22181