UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

April 25, 2012

MEMO RE:  Patrick J. Rhodes, Jr. v. John D. Wimsatt
Civil No. JFM-12-785

Dear Counsel and Mr. Wimsatt:

    I am today entering an order denying defendant's motion to transfer venue and his motion to dismiss for improper venue and abuse of process.

    If defendant opposes plaintiff's motion for summary judgment, he must file an affidavit under oath and subject to the penalties of perjury on or before May 9, 2012 stating the reasons that he contends that he is not liable on the Note that he signed in favor of plaintiff.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge