**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| PATRICK J. RHODES, JR. | * | |
| | * | |
| | * | |
| v. | * | Civil No. – JFM-12-785 |
| | * | |
| JOHN M. WIMSATT | * | |
| | ****** | |

## ORDER

Plaintiff having filed a motion for summary judgment, defendant not having filed any affidavit in opposition to the motion although having been specifically directed to do so, if possible, by a letter order entered by this court on April 25, 2012, and it appearing that the motion is meritorious, it is, this 24th day of May 2012

ORDERED

1. Plaintiff's motion for summary judgment (document 15) is granted; and

2. Judgment is entered in favor of plaintiff against defendant in the amount of $171,646.58 (consisting of a principal amount of $100,000.00 and interest in the amount of 71,646.58), plus post-judgment interest from the date of the entry of this judgment until payment of the judgment at the statutory rate, and court costs.

_/s/_____
J. Frederick Motz
United States District Judge