IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

| | | |
|---|---|---|
| PATRICK J. RHODES, JR., | * | |
| Plaintiff/Judgment Creditor, | * | |
| v. | * | Case No. 8:12-cv-00785-JFM |
| JOHN D. WIMSATT, | * | |
| Defendant/Judgment Debtor, | * | |
| v. | * | |
| BANK OF AMERICA, N.A., | * | |
| Garnishee. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ANSWER OF BANK OF AMERICA, N.A.

BANK OF AMERICA, N.A., THE GARNISHEE, reports that assets (other than wages and protected amounts under 31 C.F.R. Part 212) belonging to the Defendant, as of the 30th day of August 2012, the date upon which the attachment in this case was served, are being held by the Garnishee and consist of the following:

1. Garnishee is indebted to the Defendant/Judgment Debtor in the amount of $25,429.54, as evidenced by checking account no. XXXXXXXX1262 in the name of John D. Wimsatt.

2. Said amount is being held pending further order of the Court.

3. To the extent the assets confessed herein do not equal the full amount of the writ of garnishment served upon Bank of America, N.A., Bank of America, N.A. advises all parties to this proceeding that it will hold any additional property of the Judgment Debtor it receives, in an amount no greater than the sum total of the writ of garnishment, until the writ of garnishment has terminated (by judgment, dismissal, or otherwise) or until further order of the Court. Pursuant to Maryland Rule 2-645, Bank of America, N.A. will not amend this plea if such additional property is received and held.

Respectfully submitted,

/s/ Tessa Laspia Frederick
Tessa Laspia Frederick
Federal Bar #25374
Miles & Stockbridge P.C.
10 Light Street, 12th Floor
Baltimore, Maryland 2l202
(410) 727-6464

Attorneys for Garnishee,
Bank of America, N.A.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 19th day of September 2012, all parties, all of whom are represented by counsel and all of whom have e-mail addresses designated to receive notices of electronic filings in this case, will receive electronic notice of the filing of the foregoing *Answer of Bank of America, N.A.*  A copy of the foregoing *Answer of Bank of America, N.A.* was also mailed, first class, postage prepaid to:

John D. Wimsatt
PO Box 6351
Washington, DC  20015-0351

Defendant

/s/
Tessa Laspia Frederick